# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 19-10838 BAK  
**Case Name:** TRAN, TRUNG TRIEU  
**Period Ending:** 09/30/19

**Trustee:** (530190)   Charles M. Ivey, III  
**Filed (f) or Converted (c):** 08/07/19 (f)  
**§341(a) Meeting Date:** 09/03/19  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|
| 1  143 Brookview Rd., Danville, VA 24540-0000, Danv<br>Orig. Asset Memo: 522d5; Imported from Amended Doc#: 9; Original exemption amount: 1866.00 | 63,270.00 | 0.00 | | 0.00 | FA | 61,404.00 | 63,270.00 |
| 2  3726 Velvet Lake Rd., Rhinelander, WI 54501-0000<br>No equity exists in the property for the benefit of the estate. Property to be surrendered; Motion for Relief was filed by secured lienholder. See Doc. 11 | 282,690.00 | 0.00 | | 0.00 | FA | 331,936.74 | 0.00 |
| 3  2010 Mercedes-Benz E350, 167,530 miles, VIN# WDD<br>Orig. Asset Memo: Exempt under Section 522(d)(2); Imported from Amended Doc#: 9; Original exemption amount: 2613.50 | 6,727.50 | 0.00 | | 0.00 | FA | 4,114.00 | 6,727.50 |
| 4  2016 Ford F 150 Platinum, 154,870 miles, VIN# 1F<br>Orig. Asset Memo: Exempt under Section 522(d)(5); Imported from Amended Doc#: 9; Original exemption amount: 1519.42 | 32,355.00 | 0.00 | | 0.00 | FA | 30,835.58 | 32,355.00 |
| 5  Household Goods and Furnishings<br>Orig. Asset Memo: Exempt under Section 522(d)(3); Imported from Amended Doc#: 9 | 805.00 | 0.00 | | 0.00 | FA | 0.00 | 805.00 |
| 6  Electronics<br>Orig. Asset Memo: Exempt under Section 522(d)(3); Imported from Amended Doc#: 9 | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 7  China and Silver<br>Orig. Asset Memo: Exempt under Section 522(d)(3); Imported from Amended Doc#: 9 | 40.00 | 0.00 | | 0.00 | FA | 0.00 | 40.00 |
| 8  Firearms and Ammunition | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 19-10838 BAK  
**Case Name:** TRAN, TRUNG TRIEU  
**Period Ending:** 09/30/19

**Trustee:** (530190)   Charles M. Ivey, III  
**Filed (f) or Converted (c):** 08/07/19 (f)  
**§341(a) Meeting Date:** 09/03/19  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Exempt under Section 522(d)(3); Imported from Amended Doc#: 9 | | | | | | | |
| 9 | Clothes and Wearing Apparel<br>Orig. Asset Memo: Exempt under Section 522(d)(3); Imported from Amended Doc#: 9 | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 10 | Cash<br>Orig. Asset Memo: Exempt under Section 522(d)(5); Imported from Amended Doc#: 9 | 4,500.00 | 0.00 | | 0.00 | FA | 0.00 | 4,500.00 |
| 11 | Checking and Savings Accounts: USAA Bank<br>Orig. Asset Memo: Exempt under Section 522(d)(5); Imported from Amended Doc#: 9 | 305.00 | 0.00 | | 0.00 | FA | 0.00 | 305.00 |
| 12 | Checking Account: Navy Federal Credit Union<br>Orig. Asset Memo: Exempt under Section 522(d)(5); Imported from Amended Doc#: 9 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | Savings Account: Navy Federal Credit Union<br>Orig. Asset Memo: Exempt under Section 522(d)(5); Imported from Amended Doc#: 9 | 25.00 | 0.00 | | 0.00 | FA | 54.00 | 25.00 |
| 14 | Checking and Savings Accounts: Summit Credit Uni<br>Orig. Asset Memo: Exempt under Section 522(d)(5); Imported from Amended Doc#: 9 | 225.00 | 0.00 | | 0.00 | FA | 0.00 | 225.00 |
| 15 | 403(b) & 457: TransAmerica<br>Orig. Asset Memo: Exempt under Section 522(d)(12); Imported from Amended Doc#: 9 | 48,246.35 | 0.00 | | 0.00 | FA | 0.00 | 48,246.35 |
| 16 | Roth IRA: USAA Bank | 7,510.12 | 0.00 | | 0.00 | FA | 0.00 | 7,510.12 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 19-10838 BAK  
**Case Name:** TRAN, TRUNG TRIEU  
**Period Ending:** 09/30/19

**Trustee:** (530190)   Charles M. Ivey, III  
**Filed (f) or Converted (c):** 08/07/19 (f)  
**§341(a) Meeting Date:** 09/03/19  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Exempt under Section 522(d)(12); Imported from Amended Doc#: 9 |  |  |  |  |  |  |  |
| 20 | Void | 0.00 | 0.00 |  | 0.00 | FA | 0.00 | 0.00 |
| 21 | Void | Unknown | 0.00 |  | 0.00 | FA | 0.00 | 0.00 |
| 22 | Possible 11 U.S.C. 1983 Claim against the County  (u) | 0.00 | 0.00 |  | 0.00 | FA | 0.00 | 0.00 |
| 19 | Assets    Totals  (Excluding unknown values) | $447,798.97 | $0.00 |  | $0.00 | $0.00 | $428,344.32 | $165,108.97 |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

FIRST INTERIM REPORT 10/15/19:  Trustee is reviewing the financial affairs of the Debtor.  Trustee has filed a limited Objection to a Motion for Relief filed by the secured lienholder regarding real property in Wisconsin.  The Trustee is investigating a potential sale of the Wisconsin real estate with secured creditor agreed to carve out for unsecured creditors. There is no bank account at this time.

**Initial Projected Date Of Final Report (TFR):**

October 15, 2019  
Date

**Current Projected Date Of Final Report (TFR):**

/s/ Charles M. Ivey, III  
Charles M. Ivey, III

**Copy Served On:**  Mr. William P. Miller  
Bankruptcy Administrator

Printed: 10/15/2019 11:45 AM    V.14.60