| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Trung Trieu Tran** | |
| | First Name        Middle Name        Last Name | |
| Debtor 2 (Spouse if, filing) | First Name        Middle Name        Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA (NON-NC EXEMPTIONS) | |
| Case number (if known) | 19-10838 | ■ Check if this is an amended filing |

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Chapel Walk Apartments**<br>**C/O Signature Property Group**<br>**1370 J Lees Chapel Rd.**<br>**Greensboro, NC 27455** | **Residential Lease**<br>**Terms: 1 Year**<br>**Beginning Date: 05/2019** |
| 2.2 | **Gimbel, Reilly, Guerin, & Brown, LLP**<br>**330 E Kilbourn Ave #1170**<br>**Milwaukee, WI 53202** | **Legal Services - On Retainer**<br>**Terms: Pay as agreed per Retainer(s) (Balance Owed to Creditor): $91,081.54)**<br> **- Separate Retainers for each Attorney used** |
| 2.3 | **Harold, Scrobell, & Danner, S.C.**<br>**315 Oneida St**<br>**Minocqua, WI 54548** | **Legal Service- On Retainer**<br>**Terms: Pay as Agreed per Retainer (Balance Owed: $21,944.17)** |
| 2.4 | **R & D Construction**<br>**220 Boatwright Ave.**<br>**Danville, VA 24541** | **On-Going Service Contract - Construction Repairs**<br>**Terms: Pay monthly as agreed until paid in full.** |
| 2.5 | **Verizon Wireless Bankruptcy Admin.***<br>**500 Technology Drive, Suite 550**<br>**Weldon Spring, MO 63304** | **Cellular Service Contract**<br>**Terms: 2 Years**<br>**Beginning Date: 10/2017** |

# CERTIFICATE OF SERVICE

I, Patty Cherigo, of Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on December 5, 2019, I served a copy of the **Amended Schedule G**, by automatic electronic noticing, upon the following parties:

Charles M. Ivey
Chapter 7 Trustee

by regular U.S. mail, upon the following parties (names and addresses):

Chapel Walk Apartments
C/O Signature Property Group
1370 J Lees Chapel Rd.
Greensboro, NC 27455

Gimbel, Reilly, Guerin, & Brown, LLP
330 E Kilbourn Ave #1170
Milwaukee, WI 53202

Harold, Scrobell, & Danner, S.C.
315 Oneida St
Minocqua, WI 54548

R & D Construction
220 Boatwright Ave.
Danville, VA 24541

Verizon Wireless Bankruptcy Admin.*
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

s/ Patty Cherigo

Patty Cherigo